## R. B. McWHORTER v. THE STATE.

PUBLIC ROAD.—In a trial for obstructing a public road, the character of the road may be established as *public* by evidence of long-continued use as such, and by an order of the County Court assigning hands to work on it as a public road.

APPEAL from Cass.   Tried below before the Hon. James H. Rogers.

McWhorter was indicted and convicted for obstructing a public road leading from Petty's ferry to Monterey, in Cass county.

The evidence showed that the road had been used as a public road for about seventeen years; that parts of the road had been to a great extent abandoned, though, owing to the bad condition of a new road which had been established, the travel generally passed over the part of the road obstructed by the defendant.   An order of the County Court was read, assigning hands to work the road, entered February, 1861, and it appeared that defendant had built his fence across the road.

*Jones & Henry,* for appellant.

*A. J. Peeler, Assistant Attorney General,* for the State.

GOULD, ASSOCIATE JUSTICE.—We are of the opinion that a road may be shown to be public by other evidence than the production of the order of the County Court establish-

ing it as such.   While there is some obscurity in parts of
the evidence, and it is apparently to some extent conflict-
ing, we think it may well have satisfied the jury that
that part of the road obstructed by appellant had long
been used as a public road and had been recognized as
such by an order of the County Court apportioning hands
to work it.   If the order of the County Court referred to
the road which defendant obstructed, it is not material
that the road was not described as it is in the indict-
ment.

The judgment is affirmed.

AFFIRMED.